# EXHIBIT N

| | |
|---|---|
| DISTRICT COURT, BOULDER COUNTY, COLORADO<br>P.O. Box 4249<br>Boulder, CO 80306 | |
| **Plaintiff:**<br><br>JANE DOE,<br><br>v.<br><br>**Defendants:**<br><br>BOULDER COMMUNITY HEALTH, a Colorado Nonprofit Corporation, DR. KATHRYN HOCH, M.D., Individually and in her Professional Capacity; SARAH NUNNALLY, in her Personal Capacity; CLINICA FAMILY HEALTH; and JANE DOES 1-10, INCLUSIVE, | ▲ **COURT USE ONLY** ▲ |
| | Case No. 2025CV78<br><br>Division: 2 |
| *Attorneys for Defendant Clinica Family Health*<br><br>Tamera D. Westerberg (#29859)<br>FOLEY & LARDNER, LLP<br>1144 15th Street, Suite 2200<br>Denver, CO  80202<br>Telephone: (720) 437-2000<br>Facsimile: (720) 437-2200<br>Email: twesterberg@foley.com | |
| **NOTICE OF FILING NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO** | |

Defendant Clinica Family Health ("Defendant Clinica") hereby notifies the court that it removed the above-captioned matter to the United States District Court for the District of Colorado today, December 26, 2025.  The Notice of Removal filed with the United States District Court for the District of Colorado is attached hereto as **Exhibit A**.

Respectfully submitted this 26th day of December, 2025.

                                                   **FOLEY & LARDNER LLP**

                                                   */s/ Tamera D. Westerberg*
                                                   Tamera D. Westerberg (#29859)
                                                   1144 15th Street, Suite 2200
                                                   Denver, Colorado 80202
                                                   Phone: (720) 437-2000
                                                   Facsimile: (720) 437-2200
                                                   Email: twesterberg@foley.com

                                                   *Counsel for Defendant Clinica Family Health*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of December, 2025 a true and correct copy of the foregoing **NOTICE OF FILING NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO** was filed and served via *Colorado Courts EFiling System*, mailed on the following parties of record, and also emailed to Plaintiff at the email address she provided:

Jane Doe
P. O. Box 391
Santa Barbara, CA 93116
Hopestarchild@gmail.com
***Plaintiff***

Traci L. Van Pelt
Logan A. Anderson
McConnell Van Pelt, LLC
4700 South Syracuse Street, Suite 200
Denver, CO 80237
***Counsel for Boulder Community Health***

Mark Collier
Childs McCune Michalek, LLC
1700 Lincoln Street, Ste 2400
Denver, CO 80203
***Counsel for Defendant Kathryn Hoch, MD***

Peggy Kozal
Georgiana Gnibus
Dickinson Wright, PLLC
1125 17th Street, Suite 550
Denver, CO 80202
***Limited Counsel for Defendant Sarah Nunnally***

*/s/ Heather Kunkel*
Heather Kunkel

3