IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-04175

Jane Doe,

    Plaintiff,

v.

Boulder Community Health, Kathryn Hoch,
Sarah Nunnally, Clinica Family Health, and Does 1-50.

    Defendants.

---

### (UPDATED) MOTION FOR LEAVE TO PROVIDE LIMITED SCOPE REPRESENTATION PURSUANT TO D.C.COLO.LAttyR 2(b)(1) AND LAttyR 5(a)-(b)

---

Peggy Kozal, Alexis Taitel, and Georgiana Gnibus of the law firm of Dickinson Wright PLLC hereby submit this (Updated)[1] Motion for Leave to Provide Limited Scope Representation Pursuant to D.C.COLO.LAttyR 2(b)(1) and LAttyR 5(a) and (b), and in support thereof, state as follows.[2]

### REQUEST FOR RELIEF

1.    D.C.COLO.LAttyR 2(b)(1) permits an attorney to provide limited scope legal representation to unrepresented parties (including unrepresented prisoners) in civil actions in accordance with Colo. RPC 1.2(c), when ordered by the Court, and subject to D.C.COLO.LAttyR 5(a)-(b).

---

[1] Ms. Nunnally's counsel recently withdrew an earlier-filed version of this Motion, as it inadvertently contained personal information. ECF No. 31.

[2] Effective Dec. 1, 2017, there is no longer a need for a Certificate of Conferral for matters concerning entry and withdrawal of appearances of counsel. See D.C.COLO.LCivR 7.1(b)(4).

2. Colo. RPC 1.2(c) provides in part:

> A lawyer may limit the scope or objectives, or both, of the representation if the limitation is reasonable under the circumstances and the client gives informed consent.

3. Here, the undersigned counsel seeks to enter a limited appearance to represent Defendant Sarah Nunnally ("Ms. Nunnally") in this action at her request for the limited purpose of dispositive motions briefing and hearings in response to operative complaint, subject to further review and assessment.

4. Attached hereto is the undersigned counsel's proposed Entry of Appearance to Provide Limited Representation.

5. Ms. Nunnally was previously represented by the undersigned counsel on a limited basis in Colorado State court in matter #2025-CV-000078, before its removal to this Court. As Ms. Nunnally is a pro se party in this civil action, she qualifies for limited scope representation as permitted by D.C.COLO.LAttyR 2(b)(1).

6. The undersigned counsel are in good standing with this Court and should be permitted to appear on Ms. Nunnally's behalf. The undersigned counsel certifies that Ms. Nunnally has consented to limited representation as proposed herein.

7. In addition, the undersigned counsel certifies that, in providing limited scope representation to Ms. Nunnally, counsel will comply with all rules of this Court, including the Federal Rules of Civil Procedure, this District's Local Rules, and the Colorado Rules of Professional Conduct as adopted by D.C.COLO.LAttyR 2.

8. The undersigned counsel requests receipt of the Notices of Electronic Filing issued in this matter while counsel is acting in a limited representation capacity and until counsel has been granted permission to withdraw from this case. The undersigned

counsel also acknowledges that Ms. Nunnally will continue to receive from the Court or from the opposing counsel or parties notice of all documents filed in this case by mail.

9. The undersigned counsel certifies that, at the conclusion of dispositive motions briefing and hearings in response to operative complaint, subject to further review and assessment, counsel will move to withdraw in compliance with D.C.COLO.LAttyR 5(b).

10. At the conclusion of this limited appearance, Ms. Nunnally will have the burden of keeping the Court and the other parties informed where later notices, pleadings, and other papers may be served and understands that she has the obligation to prepare for trial or have other counsel prepare for trial; that failure or refusal to meet these burdens may subject him/her to a possible default; and that the dates of any proceedings including trial and holding of such proceedings will not be affected by the completion of the limited appearance of counsel.

WHEREFORE, the undersigned counsel respectfully requests that the Court grant this Motion for Leave to Provide Limited Representation to Defendant Sarah Nunnally pursuant to D.C.COLO.LAttyR 2(b)(1) and LAttyR 5(a)-(b) for the purpose set forth in paragraph three of this Motion, permit undersigned counsel to file the attached Entry of Appearance to Provide Limited Representation, and grant such other and further relief as the Court may deem just and proper.

DATED this 10th day of January, 2026.

Respectfully submitted,

DICKINSON WRIGHT PLLC

By: */s/ Alexis M. Taitel*

Peggy Kozal, No. 33700
1125 17th Street, Suite 550
Denver, CO  80202
Phone:  (303) 723-8403
pkozal@dickinsonwright.com

Alexis Taitel, Nevada Bar No. 16012
100 West Liberty Street, Suite 940
Reno, NV 89501
ATaitel@dickinson-wright.com

Georgiana Gnibus, No. 61813
1125 17th Street, Suite 550
Denver, CO  80202
Phone:  (303) 723-8403
ggnibus@dickinson-wright.com

*Counsel for Defendant Sarah Nunnally*

## EXHIBIT TABLE

| Exhibit | Description | Pages[3] |
|---------|-------------|----------|
| A | Entry of Appearance to Provide Limited Representation | 2 |
| B | Proposed Order Granting Leave to Provide Limited Scope Representation Pursuant to D.C. COLO. LAttyR 2(b)(1) and LAttyR 5(a) | 2 |

---

[3] Exhibit Page counts are exclusive of exhibit slip sheets.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of January, 2026, a true and correct copy of the above and foregoing (**UPDATED) MOTION FOR LEAVE TO PROVIDE LIMITED SCOPE REPRESENTATION PURSUANT TO D.C.COLO.LAttyR 2(b)(1) AND LAttyR 5(a)-(b)**  was filed and served via *CM/ECF* and via email upon the following and served via email on all parties below:

Jane Doe
*Pro se Plaintiff*

Traci L. Van Pelt
Logan A. Anderson
McConnell Van Pelt, LLC
4700 South Syracuse Street, Ste. 200
Denver, CO 80237
*Counsel for Boulder Comm. Health*

Mark Collier
Childs McCune Michalek LLC
1700 Lincoln Street, Ste. 2400
Denver, CO 80203
*Counsel for Defendant Kathryn Hoch, M.D.*

Tamera D. Westerberg
Foley & Lardner LLP
1144 15th Street, Suite 2200
Denver, CO 80202
*Counsel for Defendant Clinica Family Health*

By: */s/ Alexis M. Taitel*
*Alexis M. Taitel*