IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Susan Prose**

| | |
|---|---|
| Civil Action No: 1:25-cv-04175-SKC-SBP | Date: February 23, 2026 |
| Courtroom Deputy: Stef Jeffries | FTR: Courtroom A502 |

| *Parties:* | *Counsel:* |
|---|---|
| JANE DOE, | Pro se |
| Plaintiff, | |
| v. | |
| BOULDER COMMUNITY HEALTH, | Tracy Van Pelt and Logan Osborne |
| KATHRYN HOCH, | Mark Collier |
| SARAH NUNNALLY, and | Georgiana Gnibus and Alexis Taitel |
| CLINICA FAMILY HEALTH, | Tamera Westerberg |
| Defendants. | |

**COURTROOM MINUTES**

**STATUS CONFERENCE**

**11:03 a.m.    Court in session.**

The court, Plaintiff Jane Doe, and counsel for all Defendants engage in discussion off the record regarding Plaintiff's intention to proceed in this case under a pseudonym.

**11:23 a.m.    On the record**

The Court calls the case. Appearances of counsel.

This matter is before the Court regarding the status of the case.

Discussion is held regarding pending motions. This court construes the Notice filed at ECF No. 32 to be a Motion to Withdraw the Motion for Leave to Provide Limited Scope of Representation filed at ECF No. 31 and to restrict access to ECF No. 31 due to the inadvertent inclusion of sensitive information.

Plaintiff advises that the previously filed consent form was filed under a time constraint and may not have included fulsome conferral with all parties, particularly in light of the recent appearance of counsel for Defendant Nunnally. The parties are invited to complete conferral regarding the issue of consent and may file an appropriate pleading to notify the court if all parties now consent to the jurisdiction of a magistrate judge.

Plaintiff makes an oral motion to consolidate the deadlines to file responses to Defendants' Responses to Plaintiff's Motion for Leave to File Second Amended Complaint.

The court advises all parties that all future conferences and hearings scheduled before Judge Prose will proceed in person, with exceptions only for extraordinary circumstances. The parties are further advised that communications with chambers must be made only when necessary and must include all parties.

For the reasons stated on the record, it is

**ORDERED:** Plaintiff is directed to file a motion for leave to proceed under a pseudonym. The court finds good cause to permit this motion, as well as any response, to be filed subject to Level 1 restriction. The motion is to be filed on or before **April 3, 2026.** Reponses, if any, will be due 21 days following the filing of the motion.

The court finds good cause to continue identifying Plaintiff as Jane Doe until such time as the court may order otherwise.

Defendant's Notice/Motion at ECF No. 32 is **GRANTED**. The Motion for Leave to Provide Limited Scope Representation at ECF No. 31 is deemed **WITHDRAWN**, and the court directs the Clerk's Office to maintain the document filed at ECF No. 31 under a Level 1 restriction.

Defendant Nunnally's Motion for Leave to Provide Limited Scope of Representation (ECF No. 33) is **GRANTED**. In addition to the attorneys designated in the motion, the court finds it appropriate to approve any additional attorneys associated with the law firm of Dickinson Wright PLLC to enter a limited scope appearance, if necessary.

Plaintiff's Motion for Extension of Time to File Certificate of Review as to Dr. Hoch (ECF No. 35) is **GRANTED**. The Certificate of Review as to Dr. Hoch is accepted as filed.

>Defendant Clinica Family Health's Request to Stay Answer Deadline (ECF No. 50) is **GRANTED**. The deadline for Clinica, and any other Defendant, to answer or otherwise respond is stayed pending resolution of Plaintiff's Motion for Leave to File Second Amended Complaint (ECF NO. 36)
>
>Plaintiff's Oral Motion to Consolidate Deadlines is **GRANTED**. Plaintiff's reply briefs in support of the Motion for Leave to File Second Amended Complaint shall be due on or before **March 3, 2026**.
>
>The court finds good cause to delay entering any scheduling order in this case pending resolution of the motion for leave to amend (ECF No. 36).

**12:02 p.m.     Court in recess.**

Hearing concluded.
Total in-court time: 59 minutes

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.